UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **RENEE D. WHITE,**<br><br>    Plaintiff,<br><br>v.<br><br>**THE GSH GROUP, RPM LIVING, FRIEDMAN REAL ESTATE,**<br><br>    Defendants. | 2:24-cv-11752-TGB-CI<br><br><br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 28)** |

 This matter is before the Court on Magistrate Curtis Ivy, Jr.'s August 1, 2025 Report and Recommendation (ECF No. 28) that the case be dismissed for Plaintiff's failure to prosecute.

 The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report … to which objection is made." *Id*. Where, as here, neither party has specifically objected to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).

 The Court has reviewed Judge Ivy's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The Court notes that Plaintiff requested, and was granted, pro se e-filer status to receive notice of the filings of others and the Court via the

Court's electronic filing system in July 2024. ECF Nos. 4 & 5. But since filing a motion to strike affirmative defenses in August 2024 (ECF No. 11), Plaintiff has been silent: she failed (1) to respond to the Court's order to provide a joint discovery plan (ECF No. 14), (2) to file a response to Defendants' motion to dismiss (ECF No. 19), (3) to appear at the June 2025 status conference, (4) to respond to the Court's Order to Show Cause why the case should not be dismissed for failure to prosecute on or before July 8, 2025 (ECF No. 25), and (5) to otherwise object to the Report and Recommendation to dismiss the case (ECF No. 28).

The Court will, therefore, accept Judge Ivy's Report and Recommendation of August 1, 2025, as its findings of fact and conclusions of law. Accordingly, it is hereby **ORDERED** that Judge Ivy's Report and Recommendation of August 1, 2025 (ECF No. 28), is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated: October 20, 2025

/s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

2